**Send Result Report**
MFP
TASKalfa 300ci

Firmware Version  2H7_2F00.013.006 2012.01.06

11/14/2014 11:57
[2JZ_1000.024.001] [2H7_1100.002.003] [2H7_7000.013.006]

Job No.: 165136          Total Time: 0°00'32"          Page: 001

# Complete

Document:          **doc20141114115306**

---

November 14, 2014

**Via Facsimile: 407-737-5693**

Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL 33416

    **Re: David & Sherri Irwin, Account No. ▮▮▮▮1052**

To Whom It May Concern:

    As you may know, I have fallen behind on my mortgage payments. I believe I have a few options to potentially avoid foreclosure. HAMP may be a potential remedy for a homeowner if:
- You owe less than $729,750 on your mortgage
- You closed your loan on or before 1/1/2009
- Your mortgage is for your primary residence
- You've fallen behind or are about to fall behind on your mortgage payments
- You have a verifiable source of income to put towards a mortgage payment each month, even if that income has recently been reduced
- You can provide copies of your most recent tax returns and will sign an affidavit of financial hardship

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 11/14/14 11:53 | 14077375693 | 0°00'32" | FAX | OK | 200x100 Normal/On |

[ QJC0404679 ]

November 14, 2014

**Via Facsimile: 407-737-5693**

Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL 33416

   **Re: David & Sherri Irwin, Account No. ▮▮▮▮1052**

To Whom It May Concern:

  As you may know, I have fallen behind on my mortgage payments. I believe I have a few options to potentially avoid foreclosure. HAMP may be a potential remedy for a homeowner if:
- You owe less than $729,750 on your mortgage
- You closed your loan on or before 1/1/2009
- Your mortgage is for your primary residence
- You've fallen behind or are about to fall behind on your mortgage payments
- You have a verifiable source of income to put towards a mortgage payment each month, even if that income has recently been reduced
- You can provide copies of your most recent tax returns and will sign an affidavit of financial hardship
- You have not previously modified your mortgage under the Making Home Affordable program.

  Please provide any information regarding any of the above topics, and any information you require from me. Please, do not contact my cell phone for any purpose, but I would welcome any written correspondence stating whether I am a candidate for any of these programs to be sent to my attorney: Boss, Arrighi & Hoag, PL, 9800 4th St. N., Ste. 402, St. Petersburg, FL 33702.

  Additionally, I am very interested in short selling my home. I would also like to know more about the potential for a short sale or deed in lieu of foreclosure. Your website states that I may be eligible for a short sale if:
- You owe more than your home is worth
- You have a hardship
- You cannot afford your current monthly mortgage payments.

Additionally, your website states that I may be eligible for a deed in lieu if:
- You have a hardship, such as unemployment or divorce
- You're unable to afford your current mortgage payment.

Please provide any information on whether I would be eligible for either a short sale or a deed in lieu.

  I also came across the HAFA short sale and deed in lieu; your website states that I may qualify if:
- You didn't qualify for HAMP
- You have a hardship, like unemployment or divorce
- Your loan is less than $729,750
- You closed on/before 1/1/2009.

  Thank you in advance for your anticipated cooperation. I look forward to working with you in this matter.

                Very Truly Yours,

                David & Sherri Irwin