| CALL LOG OF SHERRI IRWIN | | |
|---|---|---|
| # | DATE/ TIME | NUMBER |
| 1 | 4/15/2014 AT 1:43 PM | 800-746-2936 |
| 2 | 4/17/2014 AT 2:51 PM | 800-746-2936 |
| 3 | 4/18/2014 AT 11:41 AM | 800-746-2936 |
| 4 | 9/18/2014 AT 12:11 PM | 800-746-2936 |
| 5 | 12/8/2014 AT 4:38 PM | 800-746-2936 |
| 6 | 4/28/2015 AT 5:37 PM | 800-746-2936 |
| 7 | 4/29/2015 AT 4:26 PM | 800-746-2936 |
| 8 | 4/30/2015 AT 2:33 PM | 800-746-2936 |
| 9 | 5/1/2015 AT 1:49 PM | 800-746-2936 |
| 10 | 5/4/2015 AT 1:03 PM | 800-746-2936 |
| 11 | 5/7/2015 AT 3:59 PM | 800-746-2936 |
| 12 | 5/8/2015 AT 4:22 PM | 800-746-2936 |
| 13 | 5/11/2015 AT 4:50 PM | 800-746-2936 |
| 14 | 5/12/2015 AT 2:59 PM | 800-746-2936 |
| 15 | 5/12/2015 AT 3:59 PM | 800-746-2936 |
| 16 | 5/14/2015 AT 12:30 PM | 800-746-2936 |
| 17 | 5/15/2015 AT 1:36 PM | 800-746-2936 |
| 18 | 5/20/2015 AT 12:42 PM | 800-746-2936 |
| 19 | 5/27/2015 AT 2:15 PM | 800-746-2936 |
| 20 | 5/28/2015 AT 5:28 PM | 800-746-2936 |
| 21 | 6/3/2015 AT 10:54 AM | 800-746-2936 |
| 22 | 6/5/2015 AT 12:56 PM | 800-746-2936 |
| 23 | 6/10/2015 AT 3:03 PM | 800-746-2936 |
| 24 | 6/16/2015 AT 11:44 AM | 800-746-2936 |
| 25 | 6/17/2015 AT 11:44 AM | 800-746-2936 |
| 26 | 6/22/2015 AT 4:27 PM | 800-746-2936 |
| 27 | 6/23/2015 AT 4:28 PM | 800-746-2936 |
| 28 | 8/13/2015 AT 3:20 PM | 800-746-2936 |
| 29 | 8/20/2015 AT 9:14 AM | 800-746-2936 |
| 30 | 9/1/2015 AT 12:44 PM | 800-746-2936 |